W. A. GRANT *et al.* v. JOHN W. ROBB *et al.*

No. 13,207. (80 Pac. 585.)

LEWIS WILLIAMS v. JOHN W. ROBB.

No. 13,850. (80 Pac. 585.)

Error from Wallace district court; LEE MONROE, judge. Opinion filed April 8, 1905. Reversed.

*Milton Brown,* for plaintiffs in error; *C. C. Coleman,* attorney-general, *amicus curiæ; S. S. Ashbaugh, N. H. Loomis,* and *F. Dumont Smith,* of counsel.

*Roark & Roark,* for defendants in error.

*Per Curiam:* In these cases the judgments of the district court are reversed and the causes remanded for judgment, following the principles announced in *Clark v. Allaman, ante,* p. 206.